UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EDWIN A TYLER, JR. and JUDITH O. MANONGAS, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Defendant. | NO: 1:17-CV-3091-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulated Motion for Dismissal with Prejudice and without Costs, ECF No. 12. Having reviewed the Motion and the record, the Court finds good cause to grant dismissal. Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulated Motion for Dismissal with Prejudice and without Costs, **ECF No. 12**, is **GRANTED**.

2. Plaintiffs' Complaint, ECF No. 1, is dismissed **with prejudice** and without costs to any party.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

3. All pending motions, if any, are **DENIED AS MOOT**.

4. All scheduled court hearings, if any, are **STRICKEN**.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order, provide copies to counsel, and **close this case**.

**DATED** January 12, 2018.

        *s/ Rosanna Malouf Peterson*
        ROSANNA MALOUF PETERSON
        United States District Judge